```
 1  WILLIAM G. MALCOLM
    KEVIN HAHN #9821
 2  MALCOLM ♦ CISNEROS, a Law Corporation
    2112 Business Center Drive, Second Floor
 3  Irvine, California 92612
    (949) 252-9400 (TELEPHONE)
 4  (949) 252-1032 (TELECOPIER)

 5  Attorneys for Secured Creditor,
    Wells Fargo Bank, N.A.,
 6
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 09-20847-mkn |
| KATIA IVANOVA DEHERRERA and RAYMOND ARNOLD DEHERRERA, | Chapter 13 |
| | **REQUEST FOR SPECIAL NOTICE** |
| Debtor(s). | (No Hearing Date Required) |

**PLEASE TAKE NOTICE** that WELLS FARGO BANK, N.A., by and through its attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

```
                William G. Malcolm, Esq.
                MALCOLM ♦ CISNEROS, a Law Corporation
                2112 Business Center Drive, 2nd Floor
                Irvine, California 92612
```

DATED: JULY 13, 2009                    MALCOLM ♦ CISNEROS

                                        By:/s/*William G. Malcolm*
                                           WILLIAM G. MALCOLM
                                           Attorneys for Secured Creditor,
                                           Wells Fargo Bank, N.A.

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

   I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

   On July 14, 2009, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

      KATIA IVANOVA DEHERRERA
      RAYMOND ARNOLD DEHERRERA
      1817 STONEHAVEN DRIVE
      LAS VEGAS, NV 89108

      SAMUEL A. SCHWARTZ
      626 THIRD ST
      LAS VEGAS, NV 89101

      RICK A. YARNALL
      CHAPTER 13 TRUSTEE
      701 BRIDGER AVE., #820
      LAS VEGAS, NV 89101

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on July 14, 2009, at Irvine, California.

            */S/Adam Mischlich*
            ADAM MISCHLICH